# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| )                                                                | |
| Plaintiff,    ) | |
| -vs-                                                          ) | |
| )                                                                | **ORDER OF DISMISSAL** |
| )                                                                | |
| MYRON H. HAFNER, CAROLINE L.    ) | Case No. 1:05-cv-114 |
| HAFNER, and LELAND ERICKSON,   ) | |
| )                                                                | |
| Defendants.    ) | |

Upon motion filed by the United States of America for dismissal of the above-entitled action and good cause having been shown, it is hereby

**ORDERED** that the above-entitled action is dismissed with prejudice and without costs to any party.

**IT IS SO ORDERED**.

Dated this 2nd day of May, 2007.

                                              */s/ Daniel L. Hovland*
                                              Daniel L. Hovland, Chief Judge
                                              United States District Court